RECEIVED
IN LAKE CHARLES, LA.

MAR -8 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| DAMIEN NELSON<br>FED. REG. #05711-084 | CIVIL ACTION NO. 2:11-CV-1688 |
| VS. | SECTION P |
| | JUDGE MINALDI |
| J. P. YOUNG | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

**THUS DONE AND SIGNED**, in chambers, Lake Charles, Louisiana, on this ____8____ day of ___March___, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE